# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN PHUNG VO,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>WARDEN OF THE GOLDEN STATE<br>ANNEX DETENTION FACILITY, et al.,<br><br>　　　　Respondents. | Case No.  1:25-cv-01870-JLT-SKO (HC)<br><br>ORDER GRANTING MOTION TO AMEND AND GRANTING RESPONDENT LEAVE TO FILE SUPPLEMENTAL RESPONSE<br><br>[Doc. 19]<br><br>[7-DAY DEADLINE] |

Petitioner is an immigration detainee proceeding with counsel with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. He filed a motion to amend the petition on February 11, 2026. (Doc. 19.) Newly retained Counsel for Petitioner states that the petition was filed pro se, and Counsel seeks "to clarify claims, supplement the factual record, and incorporate legal arguments not fully developed in his prior pro se filing." (Doc. 19 at 1.)

The Federal Rules of Civil Procedure require that "[t]he court should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2).  This policy is to be applied with "extreme liberality," Eminence Capital, LLC v. Aspeon, Inc., 316 F.3d 1048, 1041 (9th Cir. 2003), and "[a]mendments seeking to add claims are to be granted more freely than amendments adding parties." Union Pacific R. Co. v. Nevada Power Co., 950 F.2d 1429, 1432 (9th Cir. 1991).  Given this liberal standard governing motions to amend, the Court will grant

1

Petitioner's motion.

## ORDER

Accordingly, IT IS HEREBY ORDERED that Petitioner's motion to amend the petition is GRANTED.  Respondents may FILE a supplemental response within seven (7) days of the date of service of this order.

IT IS SO ORDERED.

Dated:   __**February 12, 2026**__                    ____/s/ *Sheila K. Oberto*_____
                                                                    UNITED STATES MAGISTRATE JUDGE

2