**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN PHUNG V., | No.  1:25-cv-01870 JLT SKO (HC) |
| Petitioner, | A-Number: 025-039-610 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 24) |
| WARDEN OF THE GOLDEN STATE MCFARLAND DETENTION FACILITY, et al., | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO RELEASE PETITIONER, ENJOINING RESPONDENTS FROM RE-DETAINING PETITIONER, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |
| Respondents. | |

Petitioner Van Phung V. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 23, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition.  (Doc. 24.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within 21 days. (Doc. 24.)  On March 13, 2026, Respondents filed objections. (Doc. 25.) Petitioner did not file objections or a statement of non-opposition.

1

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, including Respondents' objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. *See also Huang v. Albarran*, No. 1:25-CV-01308 JLT EPG, 2026 WL 279888, at *7 (E.D. Cal. Feb. 3, 2026)

Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 23, 2026, (Doc. 24), are **ADOPTED** in full.

2. The petition for writ of habeas corpus is **GRANTED**.

3. Respondents are **ORDERED TO RELEASE** Petitioner immediately.

4. Respondents are **ENJOINED** from re-detaining Petitioner unless they obtain a travel document for removal to Vietnam and abide by the procedures set forth in 8 C.F.R. §§ 241.4(l), 241.13(i), and any other applicable statutory and regulatory procedures.[1]

5. The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated: March 19, 2026

JENNIFER L. THURSTON
U.S. District Judge

---

[1] If legally sufficient circumstances justify detention without notice in advance, a post-deprivation hearing **SHALL** be provided within seven days of the arrest.

2